## Roy THORNTON v. STATE.
### No. 16003.

Court of Criminal Appeals of Texas.
May 31, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for five years.

It has been made known to this court by the affidavit of Dave Fearis, sheriff of Ellis county, that on March 12, 1933, the appellant overpowered the jailer in charge of the jail in said county and made his escape; that the appellant has not voluntarily returned but is still at large. By reason of said escape, the court is deprived of jurisdiction of the appeal. See article 824, C. C. P. 1925, as amended by Acts of 43d Leg. (1933), Reg. Sess. (Senate Bill No. 356), Vernon's Ann. C. C. P. art. 824.

The appeal is dismissed.

## V. G. TURMAN v. STATE.
### No. 15963.

Court of Criminal Appeals of Texas.
May 17, 1933.

H. L. Yates and Wm. Scanlan, both of Brownsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of an automobile is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and regularly presented. The evidence heard before the trial court is not brought up for review. No bills of exception are found in the record.

In the motion for new trial, the indictment is attacked upon the ground of improper averments touching two alleged previous convictions. We fail to perceive any averments of that character in the indictment. Neither have we perceived any irregularity in the procedure which would require a reversal or call for further discussion.

The judgment is affirmed.

## Clifton WILTZ, alias Vann Wiltz, v. STATE.
### No. 16008.

Court of Criminal Appeals of Texas.
May 10, 1933.

B. F. Patterson, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Unlawfully carrying a pistol is the offense; penalty assessed at a fine of $100.

The proceedings appear regular. Neither the facts nor bills of exception are before this court. Nothing has been perceived which would authorize a reversal or require discussion.

The judgment is affirmed.

## Berl WALKER v. STATE.
### No. 15899.

Court of Criminal Appeals of Texas.
May 31, 1933.

Claude Williams, of McLean, and Henry L. Jordan, of Pampa, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the offense of an accomplice to robbery; penalty assessed at confinement in the penitentiary for seven years.

The trial was had before a jury. The proceedings appear regular. No statement of facts or bills of exception accompany the record. No error has been perceived.